IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00096-PAB-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. GABRIEL SOWELL,

    Defendant.

---

## ORDER

---

This matter is before the Court on the United States' Motion to Dismiss Remaining Counts [Docket No. 1103]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Remaining Counts [Docket No. 1103] is granted. Counts Two and Twenty-Four of the Second Superseding Indictment are dismissed as to defendant Gabriel Sowell only.

DATED August 7, 2015.

                              BY THE COURT:

                              _____
                              PHILIP A. BRIMMER
                              United States District Judge